IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVEN LANG KANAI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:25-cv-15792 |
| ) | |
| FRANCIS W. PARKER SCHOOL, DANIEL ) | |
| B. FRAN, CORY ZELLER, ) | |
| ) | |
| Defendants. ) | |

**ATTORNEY APPEARANCE FORM**

An appearance is hereby filed by the undersigned as attorney for <u>Francis W. Parker School, Daniel B. Frank, and Cory Zeller.</u>

Attorney Name (type or print): <u>Keith E. Allen</u>

Firm: <u>Laner Muchin, Ltd</u>.

Street Address: <u>515 N. State Street, Suite 2400</u>

City/State/Zip: <u>Chicago, Illinois 60654</u>

Bar ID Number: <u>Keith E. Allen (6271854)</u>   Telephone Number <u>312.467.9800</u>

Email Address: <u>kallen@lanerlaw.com</u>

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the Court's trial bar? | ☐ Yes | ☒ No |
| If this case reaches trial will you act as the trial attorney? | ☐ Yes | ☒ No |
| Is this a criminal case, check your status | ☐ Retained Counsel | |
| | ☐ Appointed Counsel | |

If appointed counsel, are you a:

☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C. § 1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on <u>January 22, 2026</u>

Attorney Signature: <u>/s/Keith E. Allen</u>

## **CERTIFICATE OF SERVICE**

      I, Keith E. Allen, an attorney, hereby certify that on January 22, 2026, I caused to be served a copy of the foregoing **Appearance**, in the above-captioned matter to be filed with the Clerk of the District Court and served on the parties of record, including those listed below, by operation of the Court's CM/ECF electronic filing system, addressed to:

                Daniel S. Gajda
                The Law Office of Daniel S. Gajda
                danielgajda@gmail.com

                /s/ Keith E. Allen
                Keith E. Allen