IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVEN LANG KANAI, | ) |
|       Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:24-cv-15792 |
| FRANCIS W. PARKER SCHOOL, DANIEL B. FRAN, CORY ZELLER, | ) ) ) ) |
|       Defendants. | ) |

**ATTORNEY APPEARANCE FORM**

An appearance is hereby filed by the undersigned as attorney for Francis W. Parker School, Daniel B. Frank, and Cory Zeller.

Attorney Name (type or print): Ashley D. Pendleton

Firm: Laner Muchin, Ltd.

Street Address: 515 N. State Street, Suite 2400

City/State/Zip: Chicago, Illinois 60654

Bar ID Number: Ashley D. Pendleton (6328690)   Telephone Number 312.467.9800

Email Address: apendleton@lanerlaw.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ☒ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the Court's trial bar? | ☐ Yes | ☒ No |
| If this case reaches trial will you act as the trial attorney? | ☐ Yes | ☒ No |
| Is this a criminal case, check your status | ☐ Retained Counsel | |
| | ☐ Appointed Counsel | |

If appointed counsel, are you a:

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C. § 1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 22, 2026

Attorney Signature: /s/Ashley D. Pendleton

## **CERTIFICATE OF SERVICE**

I, Ashley D. Pendleton, an attorney, hereby certify that on January 22, 2026, I caused to be served a copy of the foregoing **Appearance**, in the above-captioned matter to be filed with the Clerk of the District Court and served on the parties of record, including those listed below, by operation of the Court's CM/ECF electronic filing system, addressed to:

> Daniel S. Gajda
> The Law Office of Daniel S. Gajda
> danielgajda@gmail.com

> /s/ Ashley D. Pendleton
> Ashley D. Pendleton